File Hashes for IP Address 24.12.163.207

**ISP:** Comcast Cable
**Physical Location:** Rolling Meadows, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/04/2013 14:18:40 | F58D382086BBDA94C2931FDCC20FA0EA1542B49B | Apartment in Madrid |
| 02/28/2013 18:06:42 | D47073F1CC0BE0152CDB2830B62CFA814F8A1EEE | Black and White |
| 02/18/2013 18:28:27 | 80CA96F23E8F93FFD8F5EA729E99EFEE1906C0E6 | Want You |
| 02/18/2013 17:22:29 | AB11CD980C8A0F6B86917686EBD48E8AABDE3ECD | Yoga Master and Student |
| 02/11/2013 21:55:36 | CC5675FABA61E592BB096A256349FD3D1BEDA648 | Working Out Together |
| 02/11/2013 21:49:37 | 8B0C76F2065BED10F9C75144712D7AAEF029AC40 | Sacred Romance |
| 02/11/2013 21:10:50 | FD76AEB1D88C1CC38E67D058D9F9A0DE28553F41 | A Little Rain Must Fall |
| 01/09/2013 09:45:43 | 7F4F2F2B4C1EF7E1936F95743E6C7766D686302B | Formidable Beauty |
| 01/02/2013 19:50:14 | F9A86FCB1483E6145F3015E69D22736958DD752C | Together Again |
| 01/02/2013 19:44:37 | FFF3DAD0223FA2D7A1F1BC0EB7503789FB770C1D | Morning Desires |
| 12/27/2012 20:39:14 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 12/21/2012 04:03:56 | 7006E67A520B15A30B5A838476D5DE3C439581F9 | A Love Story |
| 12/07/2012 19:26:32 | 3CFA0C615C26E7C9D912E6FF4A88518AA672CEC4 | Black Lingerie Bliss |
| 12/07/2012 18:00:52 | D438F136539A21D5A9108587EB82D27867FD6C35 | Waterfall Emotions |
| 12/03/2012 19:27:04 | 22B830745E21A2C1F27F57118839A264AC674B7A | After Hours |
| 12/03/2012 19:12:25 | ED2E4C308EC14E7F4631DA90FDDCE7EB09D5A677 | Inside Perfection |
| 12/03/2012 13:01:28 | F43214E731E10DDC19F58B2526B04694593E2B6D | Heart and Soul |
| 11/26/2012 14:25:01 | 06C2177AA36C28654A01BCAC15E6943AD55051CA | Soul Mates |
| 11/06/2012 04:02:39 | A6EB14E87E454CA43454D196146E802392704DF8 | Girls Night Out |

**Total Statutory Claims Against Defendant: 19**

EXHIBIT A

NIL50