**Copyrights-In-Suit for IP Address 24.12.163.207**

**ISP:** Comcast Cable
**Location:** Rolling Meadows, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/11/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/21/2012 |
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2013 | 12/03/2012 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 03/04/2013 |
| Black and White | PENDING | 02/22/2013 | 02/28/2013 | 02/28/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 12/07/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 01/09/2013 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 11/06/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/03/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/03/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/02/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/27/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/15/2013 | 02/11/2013 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/26/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 01/02/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 02/18/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/07/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/11/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  19**

EXHIBIT B

NIL50