IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:13-cv-02506 |
| | Judge Joan H. Lefkow |
| MILIND KALYANKAR, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF MILIND KALYANKAR**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Milind Kalyankar ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Milind Kalyankar was assigned the IP Address 24.12.163.207. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Milind Kalyankar has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: August 28, 2013

Respectfully submitted,

By: /s/ *Mary K. Schulz*
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By: /s/ *Mary K. Schulz*
                                                      Mary K. Schulz